IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JENNIFER PIOTROWSKI,

                                                    ORDER

          Plaintiff,

                                      26-cv-91-wmc

       v.

FRANK BISIGNANO,
Commissioner of Social Security,

              Defendant.

Pursuant to a joint motion for remand (dkt. #11) filed by the parties on August 4, 2026, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 4th day of August, 2026.

                            BY THE COURT:

                            /s/

                            _____

                            WILLIAM M. CONLEY
                            District Judge